So Ordered.

Signed this 16 day of March, 2017.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:  Mariann Decocinis

Case No.  16-10973-1-rel
Chapter  13

Debtor(s).
_____

**ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT**

Name of Creditor:  Rushmore Loan Management Services LLC

Property Address:  11 Creek View Court, Ballston Spa, NY 12020

Last Four Digits of Account Number of Loan:  3107

Filing Date of Loss Mitigation Request: 08/08/16

Date of Entry of Loss Mitigation Order: 08/26/16

Other Requests for Loss Mitigation in this Case: Yes \_\_\_\_\_   No ✔

      The use of the Court's Loss Mitigation Program Procedures has resulted in the following

*[please check appropriate box below]*:

☐ Creditor granted a loan modification

☐ Debtor[1] rejected Creditor's offer of a loan modification

☐ Creditor and Debtor were unable to reach an agreement

---

[1] In joint cases, use of the term "Debtor" shall be read as referring to both Debtors.

(LM:12 Order Terminating & Final Rpt. 03-15-2016)

☐    Debtor surrendered the real property

☐    Creditor agreed to a short sale

☐    Loss Mitigation was terminated due to Debtor's voluntary dismissal of the case

☐    Loss Mitigation was terminated because the case was involuntarily dismissed

✔    Other - Loss Mitigation was terminated for the following

reason(s): As of 1/26/17, debtor's counsel advised that debtor would submit a new package for review. the 2/6/17 status hearing the Court gave debtor until 2/10/17 to submit a complete new package.  No documents received despite multiple follow-ups.  Order submitted per Court instruc

NOW, based upon the foregoing, it is hereby

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

###