Andrea E. Celli
Chapter 13 Standing Trustee

To:  Mariann Decocinis  Case No. 16-10973
     11 Creek View Court
     Ballston Spa, NY  12020

     RONALD J. KIM
     POB 318
     Saratoga Springs, NY  12866
     Via Electronic Service

**NOTICE OF CLAIMS FILED**

   The following is a list of all claims filed by creditors in the above referenced Chapter 13 Bankruptcy Case.  A copy of this report has been sent to the Debtor and the Debtor's attorney.

   Pursuant to 11 U.S.C. 502(a), the claims are deemed allowed and payment will be remitted to each creditor based on the filed claim amounts unless within 45 days of this Notice, the Debtor or their attorney files a written Objection with the Court AND provides a copy of the objection to the Trustee. All Objections must be in writing and in compliance with Bankruptcy Rule 9014 which requires NOTICE OF MOTION and Motion Objecting to the Claim.

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| RONALD J. KIM | ATTORNEY FEE | 2,606.00 | 0.00 |
| RONALD J. KIM | PRIOR ATTORNEY | 4,025.00 | 0.00 |
| DITECH FINANCIAL LLC | MORTGAGE ONGOING | 0.00 | 0.00 |
| DITECH FINANCIAL LLC 2528 | MORTGAGE ARREARS | 92,248.00 | 0.00 |
| KEYBANK NATIONAL ASSOC 0627 | SECURED | 6,977.57 | 0.00 |
| FEIN SUCH & CRANE LLP | SECURED | 0.00 | 0.00 |
| KEYBANK | SECURED | 0.00 | 0.00 |
| SARATOGA COUNTY SUPREME COURT | SECURED | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION 2083 | UNSECURED | 15,063.02 | 0.00 |

TOTALS

Total Priority:     $0.00

Total Secured:      $99,225.57

Total Unsecured:    $15,063.02                          Toal Claims Filed    $114,288.59

## SUMMARY OF PLAN TERMS

Debtor's plan payments    $28,810.32/ monthly for 1 month
$2,057.88/ monthly for 60 months

Minimum amounts required for plan completion:
    Minimum percentage for unsecured creditors    100.00%
    Disposable Income:    $-
    Liquidation:    $0.00

Date:   01/09/2018              Signed:  /s/ Katie Robbins

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Mariann Decocinis | **AFFIDAVIT OF SERVICE**<br>Case No.: 16-10973 |
| Debtor | |

KATIE ROBBINS, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **NOTICE OF CLAIMS FILED** DATED JANUARY 09, 2018 ON THE FOLLOWING MANNERS: ON JANUARY 09, 2018.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

RONALD J. KIM
POB 318
Saratoga Springs, NY  12866

**VIA REGULAR U.S. MAIL**

Mariann Decocinis
11 Creek View Court
Ballston Spa, NY  12020

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ KATIE ROBBINS
KATIE ROBBINS

Sworn before me this
9th day of January, 2018

/s/ Jessica H. Trzaskos
Reg. # 01TR6341836
Notary Public - State of NY
Qualified in Albany County
My Comission Expires 05/16/2020